# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TRAVELERS UNITED, INC.,

      Plaintiff,

      v.

HILTON WORLDWIDE HOLDINGS INC.,
*et al.*,

      Defendants.

Civil Action No. 23-3584 (BAH)

Judge Beryl A. Howell

## ORDER

Upon consideration of plaintiff's Motion to Remand, ECF No. 11, the related legal memoranda in support and in opposition, the parties' positions at the hearing held on May 8, 2024, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the plaintiff's Motion to Remand, ECF No. 11, is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

**SO ORDERED.**

*This is a final and appealable order*.

Date:  June 7, 2024

_____
**BERYL A. HOWELL**
United States District Judge